UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL TELLIS,

      Plaintiff,                                          Case No. 21-cv-10693
                                                            Hon. Matthew F. Leitman

v.

UNKNOWN SUPERVISOR and
UNKNOWN NURSE,

      Defendants.

_____/

**<u>ORDER GRANTING PLAINTIFF'S LETTER-MOTION
FOR EXTENSION OF TIME (ECF NO. 12)</u>**

      Plaintiff Darryl Tellis, who is currently incarcerated at the Handlon Correctional Facility in Ionia, Michigan, filed a *pro se* complaint under 42 U.S.C. § 1983, but failed to pay the filing fee or file the necessary papers to proceed *in forma pauperis*. The Court ordered Plaintiff to correct the filing deficiency by July 30, 2021 or risk dismissal of the complaint. (ECF No. 9.) Plaintiff has filed a letter asking the Court to hold the case in abeyance to allow him additional time to obtain and file the necessary papers. (ECF No. 12.) The Court construes this letter as a request for an extension of time. The request is reasonable and the Court will grant the motion.

The Court GRANTS Plaintiff's motion (ECF No. 12) and directs Tellis to correct the deficiency by September 30, 2021.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 17, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 17, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764