UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL TELLIS,

        Plaintiff,

v.

                        Case No. 21-cv-10693
                        Hon. Matthew F. Leitman

UNKNOWN SUPERVISOR and
UNKNOWN NURSE,

        Defendants.
_____/

## ORDER DISMISSING COMPLAINT (ECF No. 1) WITHOUT PREJUDICE

On March 29, 2021, while confined at the Oakland County Jail, Plaintiff Darryl Tellis filed this *pro se* civil-rights action under 42 U.S.C. § 1983. (*See* Compl., ECF No. 1.) Tellis did not pay the filing fee for a civil action or move to proceed without prepayment of the filing fee under 28 U.S.C. § 1915. On April 15, 2021, the Court ordered Tellis to correct this deficiency (the "Deficiency Order"). (*See* Deficiency Order, ECF No. 3.) Tellis responded to the Deficiency Order by asking for additional time to comply with that order. (*See* Ltr., ECF No. 12.) The Court granted that request and provided Tellis until September 30, 2021, to correct his deficiency. (*See* Order, ECF No. 13.) Tellis has failed to do so. Nor has he contacted the Court to ask for additional time to comply. Accordingly, because Tellis has failed to respond to the Deficiency Order, and because he has failed to

2

either pay the required filing fee or move to proceed without the prepayment of that fee, the Court **DISMISSES** Tellis' Complaint (ECF No. 1) **WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**.

                                          s/Matthew F. Leitman  
                                          MATTHEW F. LEITMAN  
                                          UNITED STATES DISTRICT JUDGE

Dated: April 21, 2022

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 21, 2022, by electronic means and/or ordinary mail.

                                          s/Holly A. Ryan  
                                          Case Manager  
                                          (313) 234-5126