## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

DARRYL TELLIS,

        Plaintiff,

v.

UNKNOWN SUPERVISOR and
UNKNOWN NURSE,

        Defendants.

Case No. 21-cv-10693
Hon. Matthew F. Leitman

_____/

## ORDER DENYING PLAINTIFF'S
## MOTION TO AMEND COMPLAINT (ECF No. 16)

On March 29, 2021, while confined at the Oakland County Jail, Plaintiff Darryl Tellis filed this *pro se* civil-rights action under 42 U.S.C. § 1983. (*See* Compl., ECF No. 1.)  Tellis did not pay the filing fee for a civil action or move to proceed without prepayment of the filing fee under 28 U.S.C. § 1915. On April 15, 2021, the Court ordered Tellis to correct this deficiency (the "Deficiency Order"). (*See* Deficiency Order, ECF No. 3.)  Tellis never corrected the deficiency or moved to proceed without the prepayment of the filing fee.  Accordingly, on April 21, 2022, the Court dismissed Tellis' Complaint without prejudice. (*See* Order, ECF No. 14.)

On October 13, 2022, Tellis filed a motion seeking permission to file an Amended Complaint. (*See* Mot., ECF No. 13.)  But Tellis has still not paid the

required filing fee or otherwise complied with the Deficiency Order.  Tellis' motion for leave to file an Amended Complaint is **DENIED**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  October 14, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 14, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126